United States Bankruptcy Court
Western District of Washington

In re:  Case No. 22-40059-BDL
Brian Duane Nelson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-3      User: admin      Page 1 of 2
Date Rcvd: Jan 20, 2022      Form ID: 309A      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Duane Nelson, 7520 180th St E, Puyallup, WA 98375-3302 |
| 957032778 | | Angela Michelle Nelson, 7520 180th St E, Puyallup, WA 98375-3302 |
| 957032784 | | Diagnostic Imaging Northwest, Po Box 1535, Tacoma, WA 98401-1535 |
| 957032783 | | Diagnostic Imaging Northwest, Po Box 1259, Oaks, PA 19456-1259 |
| 957032786 | + | Grimm Coll, 1677 S 2nd Ave Sw, Tumwater, WA 98512-6992 |
| 957032787 | + | Henry & DeGraaff, P.S., Henry & DeGraaff, PS, 119 1st Ave S 500, Seattle, WA 98104-3400 |
| 957032791 | | Multicare, PO Box 34883, Seattle, WA 98124-1883 |
| 957032790 | + | Multicare, PO Box 5299, Tacoma, WA 98415-0299 |
| 957032793 | | Nelson, Angela Michelle, 7520 180th St E, Puyallup, WA 98375-3302 |
| 957032797 | | Puget Sound Collections, Attn: Bankruptcy Attn: Bankruptcy, 738 Broadway , Ste 400, Tacoma, WA 98402-3777 |
| 957032798 | # | Ranier Anesthesia Associates, Po Box 1737, Tacoma, WA 98401-1737 |
| 957032802 | | T-Mobile, PO Box 37380, South Pittsburg, TN 37380 |
| 957032803 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 957032804 | + | Vantage Radiology & Diagnostic Svcs, PO Box 26730, Federal Way, WA 98093-3730 |
| 957032805 | | Western Washington Pathology, Attn: 4751, Po Box 3484, Toledo, OH 43607-0484 |
| 957032806 | | Western Washington Pathology, MS:315-P4-LAB-WWP, 315 Martin Luther King Jr Way, Tacoma, WA 98405-4234 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: chenry@hdm-legal.com | Jan 20 2022 22:47:00 | Christina L Henry, Henry & DeGraaff, P.S., 113 Cherry Street, Pmb 58364, Seattle, WA 98104-2205 |
| tr | + | EDI: BMWALDRON.COM | Jan 21 2022 03:48:00 | Mark D Waldron, Mark Waldron, Chapter 7 Panel Trustee, 6824 19th St. W., Pmb 250, University Place, WA 98466-5528 |
| smg | | EDI: WADEPREV.COM | Jan 21 2022 03:48:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Jan 20 2022 22:47:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |
| 957032781 | | EDI: CACINC.COM | Jan 21 2022 03:48:00 | CACI, 4121 Union Rd Ste 201, Saint Louis, MO 63129-1070 |
| 957032781 | | Email/Text: EDI@CACIONLINE.NET | Jan 20 2022 22:47:00 | CACI, 4121 Union Rd Ste 201, Saint Louis, MO 63129-1070 |
| 957032782 | + | EDI: CAPITALONE.COM | Jan 21 2022 03:48:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 957032785 | | Email/Text: B.MATHER@everprof.com | Jan 20 2022 22:47:00 | Evergreen Professional Recoveries, 12100 NE 195TH ST STE 325, Bothell, WA 98011-5768 |
| 957032788 | | EDI: IRS.COM | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Jan 21 2022 03:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 957032792 | Email/Text: ebn@carepayment.com | Jan 20 2022 22:47:00 | Multicare, c/o Carepayment, Po Box 2398, Omaha, NE 68103-2398 |
| 957032795 | Email/Text: bankruptcy@oregoncommunitycu.org | Jan 20 2022 22:47:00 | Oregon Community CU, Attn: Bankruptcy Department, PO Box 77002, Springfield, OR 97475-0146 |
| 957032794 + | Email/Text: bankruptcy@oregoncommunitycu.org | Jan 20 2022 22:47:00 | Oregon Community Credit, PO Box 77002, Springfield, OR 97475-0146 |
| 957032796 | Email/Text: brprocessor@pfccollects.com | Jan 20 2022 22:47:00 | Professional Finance Company, Inc., PO Box 1686, Greeley, CO 80632-1686 |
| 957032799 | Email/Text: amieg@stcol.com | Jan 20 2022 22:47:00 | State Collection Service, Attn: Bankruptcy, PO Box 6250, Madison, WI 53716 |
| 957032800 | EDI: COMCASTCBLCENT | Jan 21 2022 03:48:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957032780 | | Brookstone Townhome |
| 957032779 | * | Brian Duane Nelson, 7520 180th St E, Puyallup, WA 98375-3302 |
| 957032789 | * | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 957032801 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina L Henry | on behalf of Debtor Brian Duane Nelson chenry@hdm-legal.com HenryDeGraaffPS@jubileebk.net;mainline@hdm-legal.com;igotnotices@henrydegraaff.com |
| Mark D Waldron | Trustee@mwaldronlaw.com  wa10@ecfcbis.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1: | Brian Duane Nelson<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–5771<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Washington | Date case filed for chapter:  7   1/19/22 |
| Case number: | 22–40059–BDL | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  08/21

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Duane Nelson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7520 180th St E<br>Puyallup, WA 98375 | |
| 4. | **Debtor's attorney**<br>Name and address | Christina L Henry<br>Henry & DeGraaff, P.S.<br>113 Cherry Street<br>Pmb 58364<br>Seattle, WA 98104–2205 | Contact phone 206–330–0595<br><br>Email: chenry@hdm–legal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Mark D Waldron<br>Mark Waldron, Chapter 7 Panel Trustee<br>6824 19th St. W.<br>Pmb 250<br>University Place, WA 98466 | Contact phone 253–565–5800 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 253–882–3900<br>Date: 1/20/22 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Case 22-40059-BDL    Doc 7    Filed 01/22/22    Ent. 01/22/22 21:10:55    Pg. 3 of 4

| 7. Meeting of creditors | **February 22, 2022 at 08:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Telephonic Creditors Meeting Conference Line: 1–866–821–9887 Participant Code: 5100056 |
| 8. Presumption of abuse | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 4/25/22 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 22-40059-BDL    Doc 7    Filed 01/22/22    Ent. 01/22/22 21:10:55    Pg. 4 of 4